**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**2** Valuation of Security    **1** Assumption of Executory Contract or Unexpired Lease    **2** Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Case No.: 19-31549

Robert & Jeannette Jannone    Judge: ABA

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 6/4/2020

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/ SW    Initial Debtor: /s/ RJJ    Initial Co-Debtor: /s/ JCJ

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ ____640.00____ per ____month____ to the Chapter 13 Trustee, starting on ____July 1, 2020____ for approximately ____53____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,060.00 |
| DOMESTIC SUPPORT OBLIGATION | Theresa M. Sharpe CS52037100B | Notice Only |
| Internal Revenue Service | Taxes | $1,600.94 |
| State of New Jersey | Taxes | Notice Only |
| Atlantic County Board of Taxation | Taxes | Notice Only |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

| Part 4: | Secured Claims |
|---|---|

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

    1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Ally Financial | 2016 Dodge Journey | $17,519.61 | $11,775.00 | None | $11,775.00 | 5% | $13,332.60 |
| Ally Financial | 2016 Jeep Patriot | $17,874.02 | $13,600.00 | None | $13,600.00 | 5% | $15,399.00 |

    2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**  ☒ **NONE**

    Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Midfirst Bank-130 Irene Ave., Buena, NJ 08310. Arrears cured via a loan modification. Payments are to be maintained outside of the Plan.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☒ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ 0.00 _____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:   Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Old Hickory Buildings | $0.00 | Furniture lease agreement | Assume | $219.00 |

**Part 7:   Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Ally Financial | 2016 Dodge Journey | $17,519.61 | $11,775.00 | $13,332.60 | $4,187.01 |
| Ally Financial | 2016 Jeep Patriot | $17,874.02 | $13,600.00 | $15,399.00 | $2,475.02 |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:   Modification ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 6/4/2020                .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To list the lease with Old Hickory Buildings as assumed under part 6. | To list the lease with Old Hickory Buildings as assumed under part 6. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

### Part 10:   Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 6/4/2020                                                          /s/ Robert J. Jannone
                                                                        Debtor

Date: 6/4/2020                                                          /s/ Jeannette C. Jannone
                                                                        Joint Debtor

Date: 6/4/2020                                                          /s/Seymour Wasserstrum
                                                                        Attorney for Debtor(s)

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                         Case No. 19-31549-ABA
Robert J. Jannone                                              Chapter 13
Jeannette C. Jannone
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jun 10, 2020
                              Form ID: pdf901          Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
db/jdb        +Robert J. Jannone,    Jeannette C. Jannone,    130 Irene Ave.,    Buena, NJ 08310-9734
518570194     +Atlantic County Board of Taxation,    5909 Main St # 2,    Mays Landing, NJ 08330-1701
518570195      Bank Of America,    PO Box 7047,   Dover, DE 19903-7047
518649179     +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
518570196     +Best Buy/Cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
518570197     +Best Egg,   4315 Pickett Road,    Saint Joseph, MO 64503-1600
518570202     +CBNA,   1000 Technology Dr,    Fallon, MO 63368-2222
518672404      Citibank, N.A.,    5800 S Corporate Pl,   Sioux Falls, SD   57108-5027
518570203     +Citicards CBNA,    PO Box 6241,   Sioux Falls, SD 57117-6241
518570208      Inspira Health Network,    PO Box 48274,   Newark, NJ 07101-8474
518675529     +MidFirst Bank,   999 NOrthwest Grand Boulevard,    Oklahoma City, OK 73118-6051
518670665     +MidFirst Bank,    Denise Carlon Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518661837     +Midland Credit Management, Inc.,    PO Box 2037,   Warren, MI 48090-2037
518570212      Midland Mortgage,    PO Box 26648,   Oklahoma City, OK 73126-0648
518570213     +Mohela/Dept Of Ed,    633 Spirit Drive,   Chesterfield, MO 63005-1243
518570214      Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                Trenton, NJ 08625-0112
518570215     +Old Hickory Buildings,    1091 N. Delsea Drive,    Vineland, NJ 08360-2701
518570217    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   State Of New Jersey,    P.O. Box 245,
                Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518570220      The Home Depot,    PO Box 689100,   Des Moines, IA 50368-9100
518570221     +Theresa M. Sharpe,    321 Tuckahoe Rd.,   Vineland, NJ 08360-9243
518579367     +US Department of Education/MOHELA,    633 Spirit Dr,    Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 10 2020 23:58:29     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 10 2020 23:58:27      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518659685      E-mail/Text: ally@ebn.phinsolutions.com Jun 10 2020 23:57:40     Ally Capital,    PO Box 130424,
                Roseville MN 55113-0004
518570192     +E-mail/Text: ally@ebn.phinsolutions.com Jun 10 2020 23:57:40     Ally Financial,
                PO Box 130424,   Saint Paul, MN 55113-0004
518570193     +E-mail/Text: bankruptcy@pepcoholdings.com Jun 10 2020 23:58:02      Atlantic City Electric,
                5 Collins Drive Suite 2133,    Pepco Holdings Inc, Bankruptcy Division,
                Penns Grove, NJ 08069-3600
518570199      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2020 00:00:45      Capital One,
                PO Box 85015,   Richmond, VA 23285-5015
518570198      E-mail/Text: clientrep@capitalcollects.com Jun 10 2020 23:59:03      Capital Collection Services,
                PO BOX 150,   West Berlin, NJ 08091-0150
518587735     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 11 2020 00:00:58
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518570200     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2020 00:00:45
                Capital One Bank Usa Na,    PO Box 30281,   Salt Lake City, UT 84130-0281
518602170     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 11 2020 00:00:58      Capital One N.A.,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518570201     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2020 00:00:45      Capital One/Walmart,
                PO Box 30281,   Salt Lake City, UT 84130-0281
518570204      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 10 2020 23:58:11      Comenity Capital Bank/Bosc,
                PO Box 182120,   Columbus, OH 43218-2120
518570205      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 10 2020 23:58:11      Comenity Capital/Boscovs,
                PO Box 182120,   Columbus, OH 43218-2120
518570206     +E-mail/PDF: creditonebknotifications@resurgent.com Jun 11 2020 00:00:20      Credit One Bank,
                PO BOX 98873,   Las Vegas, NV 89193-8873
518570207      E-mail/Text: mrdiscen@discover.com Jun 10 2020 23:57:46      Discover Financial Services,
                PO Box 15316,   Wilmington, DE 19850-5316
518585138      E-mail/Text: mrdiscen@discover.com Jun 10 2020 23:57:46      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518570211      E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 10 2020 23:57:57      Internal Revenue Service,
                P.O. Box 744,   Special Procedure Branch,    Springfield, NJ 07081
518584072      E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 10 2020 23:58:39      Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
518768804     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 00:01:33      LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC  29603-0587,
                LVNV Funding LLC,   c/o Resurgent Capital Services 29603-0587
518768803      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 00:00:23      LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC  29603-0587
518581640      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 00:00:23      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
```

```
District/off: 0312-1          User: admin               Page 2 of 2            Date Rcvd: Jun 10, 2020
                              Form ID: pdf901           Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518650224       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2020 00:00:18
                 Portfolio Recovery Associates, LLC,   c/o Best Buy,   POB 41067,   Norfolk VA 23541
518570216       E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:00:05      PayPal,   PO Box 960006,
                 Orlando, FL 32896-0006
518800476      +E-mail/Text: bnc-quantum@quantum3group.com Jun 10 2020 23:58:20
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC 98083-0788
518662311       E-mail/Text: bnc-quantum@quantum3group.com Jun 10 2020 23:58:20
                 Quantum3 Group LLC as agent for,   Bluestem and SCUSA,   PO Box 788,
                 Kirkland, WA  98083-0788
518662315       E-mail/Text: bnc-quantum@quantum3group.com Jun 10 2020 23:58:20
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
518800475       E-mail/Text: bnc-quantum@quantum3group.com Jun 10 2020 23:58:20
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
518612440       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 00:01:32
                 Resurgent Capital Services as servicing agent for,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
518570218      +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:00:38      Syncb/Lowes,   PO Box 965005,
                 Orlando, FL 32896-5005
518570219      +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:00:06      Syncb/PPC,   PO Box 965005,
                 Orlando, FL 32896-5005
518573115      +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:00:37      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518668150      +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:00:38      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
518570222      +E-mail/Text: bnc-bluestem@quantum3group.com Jun 10 2020 23:58:48      Webbank/ Fingerhut,
                 6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 33

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518570210*        Internal Revenue Service,   Po Box 725 Special Procedures Fuction,   Springfield, NJ 07081
518570209*       +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Seymour   Wasserstrum    on behalf of Debtor Robert J. Jannone mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              Seymour   Wasserstrum    on behalf of Joint Debtor Jeannette C. Jannone mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```