Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-31549 (ABA)**

Robert J. Jannone and Jeannette C. Jannone  
130 Irene Avenue  
Buena, NJ  08310

Monthly Payment: $661.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2020 | $640.00 | 02/25/2020 | $640.00 | 03/30/2020 | $640.00 | 04/20/2020 | $640.00 |
| 05/18/2020 | $640.00 | 06/19/2020 | $640.00 | 07/29/2020 | $640.00 | 08/28/2020 | $661.00 |
| 09/28/2020 | $661.00 | 10/26/2020 | $661.00 | 11/24/2020 | $661.00 | 12/22/2020 | $661.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBERT J. JANNONE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $13,332.60 | $1,153.13 | $12,179.47 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $3,470.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTIC COUNTY BOARD OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA, N.A. | 33 | $2,003.38 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,212.21 | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $2,892.35 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,872.52 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $629.76 | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK USA, N.A. | 33 | $3,501.38 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK USA, N.A. | 33 | $2,503.20 | $0.00 | $0.00 | $0.00 |
| 11 | CAPITAL ONE/WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $2,675.24 | $0.00 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $3,894.21 | $0.00 | $0.00 | $0.00 |
| 15 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DISCOVER BANK | 33 | $1,046.58 | $0.00 | $0.00 | $0.00 |
| 17 | INSPIRA HEALTH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 28 | $756.52 | $0.00 | $756.52 | $0.00 |
| 19 | DEPARTMENT OF THE TREASURY | 33 | $1,400.64 | $0.00 | $0.00 | $0.00 |
| 20 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | MIDFIRST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | U.S. DEPARTMENT OF EDUCATION | 33 | $3,267.95 | $0.00 | $0.00 | $0.00 |
| 23 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,339.09 | $0.00 | $0.00 | $0.00 |
| 24 | LVNV FUNDING, LLC | 33 | $721.06 | $0.00 | $0.00 | $0.00 |
| 25 | PAYPAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | STATE OF NEW JERSEY | 28 | $1,284.85 | $0.00 | $1,284.85 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $518.41 | $0.00 | $0.00 | $0.00 |
| 28 | SYNCHRONY BANK | 33 | $2,383.74 | $0.00 | $0.00 | $0.00 |
| 29 | CITIBANK, N.A. | 33 | $6,516.35 | $0.00 | $0.00 | $0.00 |
| 30 | THERESA M. SHARPE | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | QUANTUM3 GROUP, LLC | 33 | $738.82 | $0.00 | $0.00 | $0.00 |
| 33 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | JEANNETTE C. JANNONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | ALLY FINANCIAL | 24 | $15,399.00 | $1,331.87 | $14,067.13 | $0.00 |
| 37 | LVNV FUNDING, LLC | 33 | $439.32 | $0.00 | $0.00 | $0.00 |
| 38 | CAPITAL ONE BANK USA, N.A. | 33 | $600.91 | $0.00 | $0.00 | $0.00 |
| 39 | CAPITAL ONE BANK USA, N.A. | 33 | $2,007.28 | $0.00 | $0.00 | $0.00 |
| 40 | LVNV FUNDING, LLC | 33 | $1,002.16 | $0.00 | $0.00 | $0.00 |
| 41 | STATE OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | LVNV FUNDING, LLC | 33 | $948.55 | $0.00 | $0.00 | $0.00 |
| 43 | ALLY FINANCIAL | 33 | $4,233.15 | $0.00 | $0.00 | $0.00 |
| 44 | ALLY FINANCIAL | 33 | $2,464.94 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2019 | 8.00 | $0.00 |
| 08/01/2020 | Paid to Date | $5,120.00 |
| 09/01/2020 | 51.00 | $661.00 |
| 12/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,785.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,210.96 |
| Arrearages: | ($661.00) |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**