Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−31549−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Robert J. Jannone                                                          Jeannette C. Jannone
   130 Irene Ave.                                                             130 Irene Ave.
   Buena, NJ 08310                                                    Buena, NJ 08310

Social Security No.:
   xxx−xx−0801                                                                   xxx−xx−7845

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on August 18, 2020.

   On 7/13/2022 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                    August 24, 2022
Time:                   09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
     **the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 13, 2022
JAN: lgr

                                                                                           Jeanne Naughton
                                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-31549-ABA
Robert J. Jannone  Chapter 13
Jeannette C. Jannone
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Jul 13, 2022  Form ID: 185  Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert J. Jannone, Jeannette C. Jannone, 130 Irene Ave., Buena, NJ 08310-9734 |
| 518570194 | + | Atlantic County Board of Taxation, 5909 Main St # 2, Mays Landing, NJ 08330-1701 |
| 518570208 | | Inspira Health Network, PO Box 48274, Newark, NJ 07101-8474 |
| 518670665 | + | MidFirst Bank, Denise Carlon Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518570215 | + | Old Hickory Buildings, 1091 N. Delsea Drive, Vineland, NJ 08360-2701 |
| 518570217 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518570220 | | The Home Depot, PO Box 689100, Des Moines, IA 50368-9100 |
| 518570221 | + | Theresa M. Sharpe, 321 Tuckahoe Rd., Vineland, NJ 08360-9243 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 13 2022 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 13 2022 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518659685 | | Email/Text: ally@ebn.phinsolutions.com | Jul 13 2022 20:49:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519255332 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 13 2022 20:54:10 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518570192 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 13 2022 20:49:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |
| 518570193 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 13 2022 20:50:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Bankruptcy Division, Penns Grove, NJ 08069-3600 |
| 518570195 | | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 13 2022 20:50:00 | Bank Of America, PO Box 7047, Dover, DE 19903-7047 |
| 518649179 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 13 2022 20:50:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518570196 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 20:53:52 | Best Buy/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 518570197 | ^ | MEBN | Jul 13 2022 20:46:02 | Best Egg, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518570199 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 20:54:08 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 518570202 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 19-31549-ABA   Doc 49   Filed 07/15/22   Entered 07/16/22 00:14:07   Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: 185 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 13 2022 20:54:01 | CBNA, 1000 Technology Dr, Fallon, MO 63368-2222 |
| 518570198 | | Email/Text: amanda@cascollects.com | Jul 13 2022 20:50:00 | Capital Collection Services, PO BOX 150, West Berlin, NJ 08091-0150 |
| 518587735 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2022 20:53:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518570200 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 20:53:48 | Capital One Bank Usa Na, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518602170 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2022 20:53:51 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518570201 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 20:53:57 | Capital One/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518672404 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 20:54:14 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518570203 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 20:54:01 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 518570204 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2022 20:50:00 | Comenity Capital Bank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 518570205 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2022 20:50:00 | Comenity Capital/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 518570206 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2022 20:53:59 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 518570207 | | Email/Text: mrdiscen@discover.com | Jul 13 2022 20:49:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 518585138 | | Email/Text: mrdiscen@discover.com | Jul 13 2022 20:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518570211 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2022 20:50:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518584072 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 13 2022 20:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518768803 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 20:53:51 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518768804 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 20:53:51 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518581640 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 20:53:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518570213 | | Email/Text: EBN@Mohela.com | Jul 13 2022 20:50:00 | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 518579367 | | Email/Text: EBN@Mohela.com | Jul 13 2022 20:50:00 | US Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 518675529 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 13 2022 20:53:57 | MidFirst Bank, 999 NOrthwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518661837 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2022 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518570212 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 13 2022 20:53:57 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518570214 | ^ | MEBN | Jul 13 2022 20:45:08 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |

Case 19-31549-ABA    Doc 49    Filed 07/15/22    Entered 07/16/22 00:14:07    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: 185 | Total Noticed: 57 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519628760 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2022 20:53:59 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519628761 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2022 20:53:59 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518650224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2022 20:54:12 | | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518570216 | | Email/PDF: gecsedi@recoverycorp.com Jul 13 2022 20:54:10 | | PayPal, PO Box 960006, Orlando, FL 32896-0006 |
| 518800475 | | Email/Text: bnc-quantum@quantum3group.com Jul 13 2022 20:50:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518662311 | | Email/Text: bnc-quantum@quantum3group.com Jul 13 2022 20:50:00 | | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 518800476 | + | Email/Text: bnc-quantum@quantum3group.com Jul 13 2022 20:50:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 518662315 | | Email/Text: bnc-quantum@quantum3group.com Jul 13 2022 20:50:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518612440 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 13 2022 20:54:01 | | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518570218 | + | Email/PDF: gecsedi@recoverycorp.com Jul 13 2022 20:53:50 | | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 518570219 | + | Email/PDF: gecsedi@recoverycorp.com Jul 13 2022 20:53:48 | | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 518668150 | + | Email/PDF: gecsedi@recoverycorp.com Jul 13 2022 20:54:10 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518573115 | + | Email/PDF: gecsedi@recoverycorp.com Jul 13 2022 20:53:58 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518570222 | + | Email/Text: bnc-bluestem@quantum3group.com Jul 13 2022 20:50:00 | | Webbank/ Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519255333 | *+ | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518570209 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518570210 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 13, 2022 | Form ID: 185 | Total Noticed: 57 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Robert J. Jannone mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Jeannette C. Jannone mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5