# LAW OFFICES OF SEYMOUR WASSERSTRUM

## ATTORNEYS AT LAW

205 W. LANDIS AVE
VINELAND, NJ 08360
TELEPHONE: (856) 696-8300
FACSIMILE: (856) 696-6962

1040 N. KINGS HWY, SUITE 304
CHERRY HILL, NJ 08002
*Do not mail to this address

**SEYMOUR WASSERSTRUM, ESQ**

November 11, 2022

Honorable Andrew B. Altenberg, USBJ
US Bankruptcy Court – Clerk's Office
4th and Cooper Street, Second Floor
Camden, NJ 08102

Re:  Robert J. Jannone  Jeannette C. Jannone
     Chapter 13 Case No.: 19-31549/ABA
     Withdraw of Chapter 13 Plan

Dear Judge Altenberg:

Please accept this letter as our request to withdraw the Certification of Service which was filed on November 11, 2022, under docket number 53.

Thank you for your kind attention.

Respectfully Submitted,

/s/ Seymour Wasserstrum, Esq.
Seymour Wasserstrum, Esq.