Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

Case No.:  19−31549−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert J. Jannone                                    Jeannette C. Jannone
130 Irene Ave.                                        130 Irene Ave.
Buena, NJ 08310                                      Buena, NJ 08310

Social Security No.:
xxx−xx−0801                                          xxx−xx−7845

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 11, 2023.

Dated: January 12, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-31549-ABA

Robert J. Jannone                                                                    Chapter 13

Jeannette C. Jannone

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 12, 2023 | Form ID: plncf13 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert J. Jannone, Jeannette C. Jannone, 130 Irene Ave., Buena, NJ 08310-9734 |
| 518570194 | + | Atlantic County Board of Taxation, 5909 Main St # 2, Mays Landing, NJ 08330-1701 |
| 518570208 | | Inspira Health Network, PO Box 48274, Newark, NJ 07101-8474 |
| 518670665 | + | MidFirst Bank, Denise Carlon Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518570215 | + | Old Hickory Buildings, 1091 N. Delsea Drive, Vineland, NJ 08360-2701 |
| 518570217 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518570220 | | The Home Depot, PO Box 689100, Des Moines, IA 50368-9100 |
| 518570221 | + | Theresa M. Sharpe, 321 Tuckahoe Rd., Vineland, NJ 08360-9243 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518659685 | | Email/Text: ally@ebn.phinsolutions.com | Jan 12 2023 20:46:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519255332 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 12 2023 20:58:20 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518570192 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 12 2023 20:46:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |
| 518570193 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 12 2023 20:47:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Bankruptcy Division, Penns Grove, NJ 08069-3600 |
| 518570195 | | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 12 2023 20:47:00 | Bank of America, PO Box 7047, Dover, DE 19903-7047 |
| 518649179 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 12 2023 20:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518570196 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2023 20:58:25 | Best Buy/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 518570197 | ^ | MEBN | Jan 12 2023 20:46:07 | Best Egg, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518570199 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2023 20:58:35 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 518570202 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | Jan 12 2023 20:58:41 | CBNA, 1000 Technology Dr, Fallon, MO 63368-2239 |
|---|---|---|---|
| 518570198 | Email/Text: amanda@cascollects.com | Jan 12 2023 20:47:00 | Capital Collection Services, PO BOX 150, West Berlin, NJ 08091-0150 |
| 518587735 | + Email/PDF: ebn_ais@aisinfo.com | Jan 12 2023 20:58:52 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518570200 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2023 20:58:48 | Capital One Bank Usa Na, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518602170 | + Email/PDF: ebn_ais@aisinfo.com | Jan 12 2023 20:58:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518570201 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2023 20:58:34 | Capital One/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518672404 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2023 20:58:28 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518570203 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2023 20:58:25 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 518570204 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2023 20:47:00 | Comenity Capital Bank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 518570205 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2023 20:47:00 | Comenity Capital/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 518570206 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 12 2023 20:58:21 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 518570207 | Email/Text: mrdiscen@discover.com | Jan 12 2023 20:46:00 | Discover Financal Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 518585138 | Email/Text: mrdiscen@discover.com | Jan 12 2023 20:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518570211 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 12 2023 20:46:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518584072 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 12 2023 20:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518768803 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 21:09:04 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519807971 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:28 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519807972 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:42 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518768804 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:25 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518581640 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518570213 | Email/Text: EBN@Mohela.com | Jan 12 2023 20:46:00 | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 518579367 | Email/Text: EBN@Mohela.com | Jan 12 2023 20:46:00 | US Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 518675529 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 12 2023 20:58:18 | MidFirst Bank, 999 NOrthwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518661837 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2023 20:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

District/off: 0312-1                          User: admin                                          Page 3 of 4
Date Rcvd: Jan 12, 2023                       Form ID: plncf13                                Total Noticed: 59

| | | | |
|---|---|---|---|
| 518570212 | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 12 2023 20:58:34 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518570214 | ^ MEBN | Jan 12 2023 20:44:42 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519628760 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2023 20:58:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519628761 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2023 20:58:54 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518650224 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2023 20:58:40 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518570216 | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2023 20:58:54 | PayPal, PO Box 960006, Orlando, FL 32896-0006 |
| 518800475 | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2023 20:47:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518662311 | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2023 20:47:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 518800476 | + Email/Text: bnc-quantum@quantum3group.com | Jan 12 2023 20:47:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 518662315 | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2023 20:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518612440 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:53 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518570218 | + Email/PDF: gecsedi@recoverycorp.com | Jan 12 2023 20:58:50 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 518570219 | + Email/PDF: gecsedi@recoverycorp.com | Jan 12 2023 20:58:39 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 518668150 | + Email/PDF: gecsedi@recoverycorp.com | Jan 12 2023 20:58:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518573115 | + Email/PDF: gecsedi@recoverycorp.com | Jan 12 2023 20:58:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518570222 | + Email/Text: bnc-bluestem@quantum3group.com | Jan 12 2023 20:47:00 | Webbank/ Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519255333 | *+ | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518570209 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518570210 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Robert J. Jannone mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Jeannette C. Jannone mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5