Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19−31549−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert J. Jannone | Jeannette C. Jannone |
| 130 Irene Ave. | 130 Irene Ave. |
| Buena, NJ 08310 | Buena, NJ 08310 |

Social Security No.:
  xxx−xx−0801                             xxx−xx−7845

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 12, 2025</u>             <u>Andrew B. Altenburg Jr.</u>
                                     Judge, United States Bankruptcy Court