**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert J. Jannone<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0801<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jeannette C. Jannone<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7845<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–31549–ABA

## Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert J. Jannone                                   Jeannette C. Jannone

<u>5/12/25</u>                                              **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-31549-ABA
Robert J. Jannone  Chapter 13
Jeannette C. Jannone
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: May 12, 2025      Form ID: 3180W      Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Jannone, 130 Irene Ave., Buena, NJ 08310-9734 |
| jdb | + | Jeannette C. Jannone, 130 Irene Ave., Buena, NJ 08310-9734 |
| 518570194 | + | Atlantic County Board of Taxation, 5909 Main St # 2, Mays Landing, NJ 08330-1701 |
| 518570208 | | Inspira Health Network, PO Box 48274, Newark, NJ 07101-8474 |
| 518670665 | + | MidFirst Bank, Denise Carlon Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518570215 | + | Old Hickory Buildings, 1091 N. Delsea Drive, Vineland, NJ 08360-2701 |
| 518570220 | | The Home Depot, PO Box 689100, Des Moines, IA 50368-9100 |
| 518570221 | + | Theresa M. Sharpe, 321 Tuckahoe Rd., Vineland, NJ 08360-9243 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 12 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 12 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518659685 | | EDI: GMACFS.COM | May 13 2025 00:43:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519255332 | + | EDI: AISACG.COM | May 13 2025 00:43:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518570192 | + | EDI: GMACFS.COM | May 13 2025 00:43:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |
| 518570193 | + | Email/Text: bankruptcy@pepcoholdings.com | May 12 2025 20:50:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Bankruptcy Division, Penns Grove, NJ 08069-3600 |
| 518570195 | | EDI: BANKAMER2 | May 13 2025 00:43:00 | Bank Of America, PO Box 7047, Dover, DE 19903-7047 |
| 518649179 | + | EDI: BANKAMER2 | May 13 2025 00:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518570196 | + | EDI: CITICORP | May 13 2025 00:43:00 | Best Buy/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 518570197 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 12 2025 21:00:57 | Best Egg, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518570199 | | EDI: CAPITALONE.COM | May 13 2025 00:43:00 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 518570202 | + | EDI: CITICORP | | |

Case 19-31549-ABA    Doc 78    Filed 05/14/25    Entered 05/15/25 00:14:07    Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: May 12, 2025 | Form ID: 3180W | Total Noticed: 60 |

| | | | |
| --- | --- | --- | --- |
| | | May 13 2025 00:43:00 | CBNA, 1000 Technology Dr, Fallon, MO 63368-2239 |
| 518570198 | Email/Text: amanda@cascollects.com | | |
| | | May 12 2025 20:51:00 | Capital Collection Services, PO BOX 150, West Berlin, NJ 08091-0150 |
| 518587735 | + EDI: AIS.COM | | |
| | | May 13 2025 00:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518570200 | + EDI: CAPITALONE.COM | | |
| | | May 13 2025 00:43:00 | Capital One Bank Usa Na, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518602170 | + EDI: AIS.COM | | |
| | | May 13 2025 00:43:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518570201 | + EDI: CAPITALONE.COM | | |
| | | May 13 2025 00:43:00 | Capital One/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518672404 | EDI: CITICORP | | |
| | | May 13 2025 00:43:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518570203 | + EDI: CITICORP | | |
| | | May 13 2025 00:43:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 518570204 | + EDI: WFNNB.COM | | |
| | | May 13 2025 00:43:00 | Comenity Capital Bank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 518570205 | + EDI: WFNNB.COM | | |
| | | May 13 2025 00:43:00 | Comenity Capital/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 518570206 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | May 12 2025 20:58:52 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 518570207 | EDI: DISCOVER | | |
| | | May 13 2025 00:43:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 518585138 | EDI: DISCOVER | | |
| | | May 13 2025 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518570211 | EDI: IRS.COM | | |
| | | May 13 2025 00:43:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518584072 | EDI: JEFFERSONCAP.COM | | |
| | | May 13 2025 00:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518768803 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 12 2025 21:11:20 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519807971 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 12 2025 20:59:59 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519807972 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 12 2025 20:58:46 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518768804 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 12 2025 21:11:19 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518581640 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 12 2025 21:01:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518570213 | Email/Text: EBN@Mohela.com | | |
| | | May 12 2025 20:50:00 | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 518579367 | Email/Text: EBN@Mohela.com | | |
| | | May 12 2025 20:50:00 | US Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 518675529 | + EDI: AISMIDFIRST | | |
| | | May 13 2025 00:43:00 | MidFirst Bank, 999 NOrthwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518661837 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 12 2025 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

District/off: 0312-1 | User: admin | Page 3 of 4
Date Rcvd: May 12, 2025 | Form ID: 3180W | Total Noticed: 60

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518570212 | | EDI: AISMIDFIRST | May 13 2025 00:43:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518570214 | ^ | MEBN | May 12 2025 20:46:56 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519628760 | | EDI: PRA.COM | May 13 2025 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519628761 | | EDI: PRA.COM | May 13 2025 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518650224 | | EDI: PRA.COM | May 13 2025 00:43:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518570216 | | EDI: SYNC | May 13 2025 00:43:00 | PayPal, PO Box 960006, Orlando, FL 32896-0006 |
| 518800475 | | EDI: Q3G.COM | May 13 2025 00:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518662311 | | EDI: Q3G.COM | May 13 2025 00:43:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 518800476 | + | EDI: Q3G.COM | May 13 2025 00:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 518662315 | | EDI: Q3G.COM | May 13 2025 00:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518612440 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2025 20:58:49 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518570217 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 12 2025 20:50:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518570218 | + | EDI: SYNC | May 13 2025 00:43:00 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 518570219 | + | EDI: SYNC | May 13 2025 00:43:00 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 518668150 | ^ | MEBN | May 12 2025 20:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518573115 | ^ | MEBN | May 12 2025 20:48:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518570222 | + | EDI: BLUESTEM | May 13 2025 00:43:00 | Webbank/ Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519255333 | *+ | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518570209 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518570210 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: May 12, 2025 | Form ID: 3180W | Total Noticed: 60 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Robert J. Jannone mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Jeannette C. Jannone mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5